Commonwealth ex rel. Middleton, Appellant, *v.*
Myers.

Submitted March

21, 1966. *William F. Middleton,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.